IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
OKLAHOMA

| | |
|---|---|
| CLAIRE HOSTERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF STILLWATER, )<br>OKLAHOMA, )<br>CHRISTIAN VANOVER )<br>RYAN SIMPSON )<br>ALI CATHER )<br>GEMMA E. ANDRADE AGUILERA )<br>RYAN SEXTON, and )<br>ROYCE STEPHENS )<br>)<br>Defendants. | Case No. CIV-24-976-SLP |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

COMES NOW Scott B. Wood of the law firm of Wood, Puhl and Wood, PLLC, and hereby enters his appearance as counsel of record in the above-titled action for Defendant Royce Stephens. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

    /s/ Scott B. Wood
Scott B. Wood, OBA 12536
WOOD, PUHL & WOOD, P.L.L.C.
4037 E. 49th Street
Tulsa, Oklahoma 74105
*Tel* (918) 742-0808 / *Fax* (918) 742-0812
okcoplaw@aol.com
*Attorneys for Defendant Royce Stephens*

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 29, 2025, I electronically transmitted the foregoing document to the following ECF registrants:

Daniel Smolen
W.R. Moon

                                                    */s/ Scott B. Wood*
                                                   Scott B. Wood