# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLAIRE HOSTERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  24-CV-976-SLP |
| v. | ) | |
| | ) | |
| CITY OF STILLWATER, | ) | |
| OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S WITNESS LIST

**COMES NOW** Plaintiff Claire Hosterman and respectfully submits his Witness

List, as follows:

| Name | Subject of Information |
|---|---|
| Claire Hosterman<br>c/o Daniel Smolen<br>Smolen & Roytman, PLLC<br>701 South Cincinnati Avenue<br>Tulsa, OK 74119<br>(918) 585-2667 | Plaintiff. Facts and circumstances relevant to the allegations in the Complaint. |
| Christian Vanover<br>c/o Jessica Dark<br>PIERCE COUCH<br>HENDRICKSON<br>BAYSINGER & GREEN<br>1109 North Francis Avenue<br>Oklahoma City, OK 73106<br>Telephone:   (405) 235-1611 | Defendant. Facts and circumstances relevant to the allegations in the Complaint. |
| Ali Cather<br>c/o Jessica Dark<br>PIERCE COUCH<br>HENDRICKSON<br>BAYSINGER & GREEN<br>1109 North Francis Avenue<br>Oklahoma City, OK 73106<br>Telephone:   (405) 235-1611 | Defendant. Facts and circumstances relevant to the allegations in the Complaint. |

1

| | |
|---|---|
| Gemma Aguilera Andrade c/o Jessica Dark PIERCE COUCH HENDRICKSON BAYSINGER & GREEN 1109 North Francis Avenue Oklahoma City, OK 73106 Telephone:   (405) 235-1611 | Defendant. Facts and circumstances relevant to the allegations in the Complaint. |
| Bryan Luginbill c/o W.R. Moon Jr. COLLINS ZORN & WAGNER, P.L.L.C. 429 NE 50th Street, Second Floor Oklahoma City, OK 73105 Telephone: (405) 524-2070 | Defendant. Facts and circumstances relevant to the allegations in the Complaint.. |
| Ryan Simpson c/o W.R. Moon Jr. COLLINS ZORN & WAGNER, P.L.L.C. 429 NE 50th Street, Second Floor Oklahoma City, OK 73105 Telephone: (405) 524-2070 | Defendant. Facts and circumstances relevant to the allegations in the Complaint. |
| Royce Stephens c/o W.R. Moon Jr. COLLINS ZORN & WAGNER, P.L.L.C. 429 NE 50th Street, Second Floor Oklahoma City, OK 73105 Telephone: (405) 524-2070 | Defendant. Facts and circumstances relevant to the allegations in the Complaint. |
| Ryan Sexton c/o W.R. Moon Jr. COLLINS ZORN & WAGNER, P.L.L.C. 429 NE 50th Street, Second Floor Oklahoma City, OK 73105 Telephone: (405) 524-2070 | Defendant. Facts and circumstances relevant to the allegations in the Complaint. |
| Caymon Severs c/o Daniel Smolen Smolen & Roytman, PLLC | Facts and circumstances relevant to the allegations in the Complaint. |

| | |
|---|---|
| 701 South Cincinnati Avenue<br>Tulsa, OK 74119<br>(918) 585-2667 | |
| Anthony Brinkley<br>(302) 482-7549 | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Kyrah Gonzales<br>(719) 306-5380 | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Erik Guerrero<br>(580) 754-1923 | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Catherine Kimball<br>(405) 469-4269<br>kimballcatie@gmail.com | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Peyton Quigley<br>(405) 612-1338<br>peytonquigley@icloud.com | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Jacob Stallings<br>(405) 880-4329<br>(405) 714-7597<br>Jcbstallings167@gmail.com | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Julian Walker<br>(918) 760-7030<br>(405) 372-2550<br>Ayeejulian22@gmail.com | Eyewitness. Facts and circumstances relevant to the allegations in the Complaint. |
| Shane Crocket<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Employee of the Stillwater City Jail. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |
| Timothy McKinney<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Stillwater Police Officer. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |
| Ricardo Inciarte<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Stillwater Police Officer. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |
| Chase Mobus<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Stillwater Police Officer. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |
| Matthew White<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Stillwater Police Officer. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |
| Andrew Wilson<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Stillwater Police Officer. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |

| Jeremy Rager<br>723 S. Lewis St.<br>Stillwater, OK 74076 | Stillwater Police Officer. May have discoverable information regarding facts and circumstances relevant to the allegations in the Complaint. |
| --- | --- |
| Christopher Hassig<br>c/o W.R. Moon, Jr<br>COLLINS ZORN &<br>WAGNER, PLLC<br>429 N.E. 50th Street, Second Floor<br>Oklahoma City, OK 73105 | Chief of Police. Facts and circumstances relevant to the allegations in the Complaint. |
| Stacey Shoemaker, LCSW<br>1151 N Buckner Blvd<br>Suite 101<br>Dallas, Texas 75218<br>Phone: (469) 290-2883 | Clinical Social Work/Therapist, LCSW. Will give testimony, including opinion testimony, concerning Plaintiff's mental and emotional pain and distress, effects of trauma, PTSD, anxiety and depression. |
| Emily K. Sandlin, MD<br>6750 Hillcrest Plaza Drive,<br>Suite 310<br>Dallas, TX 75230 | Psychiatrist. Will give testimony, including opinion testimony, concerning Plaintiff's mental and emotional pain and distress, effects of trauma, PTSD, anxiety and depression. |

Plaintiff reserves the right to supplement this witness list. Plaintiff further reserves the right to call witnesses for authentication, impeachment and/or rebuttal purposes.

Plaintiff additionally reserves the right to call witnesses endorsed by Defendants to which Plaintiff does not object.

Respectfully submitted,

s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com

4

bryonhelm@ssrok.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of November, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

s/Robert M. Blakemore