## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CLAIRE HOSTERMAN                    )
                                    )
        Plaintiff,                  )
                                    )    Case No.  24-CV-976-SLP
v.                                  )
                                    )
CITY OF STILLWATER,                 )
OKLAHOMA, *et al.,*                 )
                                    )
        Defendants.                 )

### PLAINTIFF'S EXPERT WITNESS LIST

**COMES NOW** Plaintiff Claire Hosterman and respectfully submits her Expert

Witness List, as follows:

| Witness | Proposed Area(s) of Testimony |
|---|---|
| Stephen Sinclair<br>Justice & Liberty Group LLC<br>2608 Country Club Rd NW<br>Olympia, WA 98502 | Mr. Sinclair is an expert in correctional operations and standards of care. Mr. Sinclair is expected to testify consistent with his expert report, which has been provided to Defendants. |

Plaintiff reserves the right to elicit opinion testimony from any expert endorsed by

any Defendant.

Any witness excluded from this list should not precluded from giving opinion

testimony at trial as a treating physician, counselor, mental health provider or nurse.

Any witness excluded from this list should not be precluded from giving "lay opinion"

testimony as contemplated by Fed. R. Ev. 701.

Plaintiff shall supplement this list if appropriate under Rule 26(e) of the Federal Rules

of Civil Procedure.

1

Respectfully submitted,

/s/Robert M. Blakemore
Daniel E. Smolen, OBA#19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
**SMOLEN & ROYTMAN**
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/Robert M. Blakemore