**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| CLAIRE HOSTERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  24-CV-976-SLP |
| v. | ) | |
| | ) | |
| CITY OF STILLWATER, | ) | |
| OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FINAL EXHIBIT LIST**

COMES NOW, Plaintiff, Claire Hosterman, and respectfully submits her Final

Exhibit List, as follows:

1. Hosterman Booking.avi
2. Hosterman Booking1.avi
3. Hosterman Cell Footage - REDACTED CLIP.mp4
4. Hosterman Cell Footage.avi
5. Luginbill Body Cam.mp4
6. R. Simpson Body Cam.mp4
7. R. Simpson Dash Cam 1.mp4
8. Dept Memo Feb 5 2024 - from Chief Watts to Capt. Parry - DDR 8, 1 - Depo Ex 15
9. Dept Memo Feb 7 2024 - to Cpt Parry from Benningfield re Internal Review - DDR 2, 6-7 - From Depo Ex 2
10. Email 2022-9-22 Benningfield, Cather, Andrade, Vanover re Hosterman Incident Reports - DDR 34, 590 - From Depo Ex 16
11. Email 2022-9-22 Chief Ordering Rush on Press Release and Release of Video and Authorizing Overtime - DDR 34, 621 - From Depo Ex 16
12. Email 2022-9-22 Draft Press Release re Hosterman Incident Reports - DDR 34, 595-596 - From Depo Ex 16
13. Email 2022-9-23 Benningfield, Cather, Andrade, Vanover re Hosterman Incident Reports - DDR 34, 541 - From Depo Ex 16
14. Email 2022-9-23 Press Release - DDR 34, 539-540 - From Depo Ex 16
15. Email 2022-9-23 Press Release - DDR 34, 588-589 - From Depo Ex 16

1

16. Email 2022-9-23 Why Didnt Press Release Mention Assault on Jailer - DDR 34, 530-531 - From Depo Ex 16

17. Email 2024-1-29 Cather Answers to Chief's Questions - DDR 34, 565-568 - From Depo Ex 16

18. Email 2024-1-29 Watts and Benningfield re Smock - DDR 34, 573-576 - From Depo Ex 16

19. Email 2024-1-30 Andrade Answers to Chief's Questions - DDR 34, 577-579 - From Depo Ex 16

20. Email 2024-1-31 Vanover Answers to Chief's Questions - DDR 34, 12 - From Depo Ex 16

21. Email 2024-2-5 re Memo on Incident Reporting to all Detention Officers - DDR 34, 391 - From Depo Ex 16

22. Email 2024-2-12 with Chief Watts Memo attached that has not been produced - DDR 34, 324 - From Depo Ex 16

23. Email 2024-11-22 with Meeting Minutes attached that has not been produced - DDR 34, 265 - From Depo Ex 16

24. Email 2024-12-1 re Property Disposal - DDR 34, 266-272 - From Depo Ex 16

25. Hosterman Arrestee Medical Questionnaire Form - DDR 29, 1 - Depo Ex 26

26. Hosterman Booking and Release - DDR 2, 50-56 - From Depo Ex 2

27. Hosterman Inmate File - DDR, 1-20 - Depo Ex 1

28. Jail Activity Log - DDR 2, 61-64 - From Depo Ex 2.pdf

29. Cather Supporting Report Printed Feb 5 2024 - DDR 2, 39-40 - From Depo Ex 2

30. Cather Supporting Report Printed Feb 7 2024 - DDR 2, 41-42 - From Depo Ex 2

31. Cather Supporting Report Printed Jan 29 2024 - DDR 2, 4-5 - From Depo Ex 2

32. Luginbill Offense Report re Severs Arrest - DDR 2, 93-96 - From Depo Ex 2

33. Luginbill Investigatory Report Case 220024084-00 - DDR 2, 67-89 - From Depo Ex 2

34. Vanover Report Narrative Supplement - DDR 2, 37-38 - From Depo Ex 2

35. Vanover Supporting Report Printed Jan 29 2024 - DDR 2, 114 - From Depo Ex 2

36. Vanover Supporting Report Printed Feb 5 2024 - DDR 2, 36 - From Depo Ex 2

37. Andrade Report Narrative Supplement - DDR 2, 1-3 - From Depo Ex 2

38. Andrade Report Narrative Supplement - DDR 2, 108-110 - From Depo Ex 2

2

39. Andrade Supporting Report Printed Feb 5 2024 - DDR 2, 48-49 - From Depo Ex 2
40. Sexton Supporting Report Printed Jan 29 2024 - DDR 2, 65 - From Depo Ex 2
41. Use of Force Report re Severs - DDR 2, 112-113 - From Depo Ex 2
42. SOP 110 General Rules of Conduct revised Oct 9 2022 - DDR 2, 8-10 - From Depo Ex 2
43. SOP 200 Use of Force Revised Mar 24 2022 - DDR 4, 1-16 - From Depo Ex 9
44. SOP 203 Duty to Intercede effective Dec 20 2020 - DDR 2, 29 - From Depo Ex 2
45. SOP 250 Detention Management revised May 9 2018 - DDR 2, 30-34 - From Depo Ex 2
46. SOP 250 Detention Management Revised Sep 25 2024 - DDR 4, 238-243 - Depo Ex 10b
47. SPD Job Descriptions - DDR 13, 1-30 - Depo Ex 7
48. Stillwater City Jail Procedure Manual Updated Sep 11 2024 - DDR 4, 17-51 - From Depo Ex 9
49. Stillwater Police Department Standard Operating Policies and Procedures Updated Sep 25 2024 - DDR 4, 52-317 - From Depo Ex 9
50. Stillwater Police Hierarchy - DDR 10, 1 - Depo Ex 6
51. Catherine Kimball - DDR 2, 99 - From Depo Ex 2
52. Erik Guerrero - DDR 2, 92 - From Depo Ex 2
53. Jacob Stallings - DDR 2, 107 - From Depo Ex 2
54. Julian Walker - DDR 2, 111 - From Depo Ex 2
55. Kyrah Gonzales - DDR 2, 90-91 - From Depo Ex 2
56. Payton Quigley - DDR 2, 106 - From Depo Ex 2
57. Severs Booking and Release - DDR 2, 57-60 - From Depo Ex 2
58. Correspondence with Chief Watts Regarding Other Previous Incidents - DDR 42, 1-87 Redacted - Depo Ex 14
59. Probable Cause Affidavit for Severs - DDR 2, 103-105 Redacted - Depo Ex 2
60. Arrest Reports RE: Other Inmates who were stripped during intake – DDR 36, 1-255_Redacted
61. Video of Booking of another inmate who was stripped during intake1 - DDR 36, 259 2022-24083 Ducharme Booking (2).avi
62. Video of Booking of another inmate who was stripped during intake 2 - DDR 36, 258 022-24083 Ducharme Booking (1).avi
63. Jail Policy Manual Effective June 7, 2022 - DDR 4, 318-568.pdf
64. Video of yet another female inmate being stripped - DDR 36, 256 - 2021-00433-2025-01-28 09.58.24.181 AM.avi
65. Another video of female inmate being stripped - DDR 36, 257 - IN220000706 Cell Video Robert Clark.avi

3

66. Entire Email File, DDR 34, 1-621
67. Personnel / Training Files – DDR 15, 1-2283
68. All video recordings of use of force on Plaintiff during arrest
69. Plaintiff's Counseling and Psychiatry Treatment Records


Plaintiff reserves the right to supplement this list. Plaintiff also reserves the

right to introduce other exhibits for impeachment and/or rebuttal purposes.

Plaintiff further reserves the right to utilize any exhibit endorsed or listed by

any Defendant to which Plaintiff does not object.

Respectfully submitted,

/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
danielsmolen@ssrok.com
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Bryon D. Helm, OBA #33003
bryonhelm@ssrok.com
**Smolen & Roytman**
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

***Attorneys for Plaintiffs***


## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

/s/Robert M. Blakemore