**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CLAIRE HOSTERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-976-SLP |
| | ) | |
| CITY OF STILLWATER, | ) | |
| OKLAHOMA, | ) | |
| BRYAN LUGINBILL, | ) | |
| CHRISTIAN VANOVER, | ) | |
| RYAN SIMPSON, | ) | |
| ALI CATHER, | ) | |
| GEMMA E. ANDRADE AGUILERA, | ) | |
| RYAN SEXTON, and | ) | |
| ROYCE STEPHENS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS
CONVENTIONALLY AND UNDER SEAL**

Defendants Christian Vanover, Ali Cather, and Gemma Aguilera Andrade ("Defendants"), by and through their counsel of record, respectfully request permission to allow them to conventionally file certain exhibits to their respective Motions for Summary Judgment and to file those same exhibits under seal. In support of this Motion, Defendants show the Court as follows:

1. Pursuant to the Court's scheduling order, Defendants will file their respective Motions for Summary Judgment on or before March 2, 2026.

2. As exhibits, Defendants will be presenting to the Court certain body camera video and City of Stillwater Jail surveillance footage, which cannot be converted to a format such that it can be electronically filed contemporaneously with their Motions for

Summary Judgment. As such, these exhibits must be filed conventionally in accordance with this Court's Electronic Filing Policies and Procedures Manual.[1] Thus, Defendants request leave to file the same conventionally.

3.     Defendants further request leave to file the video exhibits under seal because they contain sensitive law enforcement and Jail security footage, in addition to sensitive images and audio of Plaintiff while detained and during clothing change procedures—the public disclosure of which would unnecessarily compromise institutional security and the party's privacy interests.

4.     Counsel for Defendants conferred with counsel for all parties, and no party objects to this motion.

5.     A proposed Order is being submitted contemporaneously herewith.

WHEREFORE, premises considered, Defendants respectfully request permission to conventionally file the video exhibits to their respective Motions for Summary Judgment.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
W. Riley Nester, OBA No. 36222
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue

---

[1] Section IIA(4)(c) of the Court's Electronic Filing Policy and Procedure Manual states that all exhibits "that are not available in or convertible to .pdf format must be filed conventionally[,]" and the ECF registrant must file a Notice of Conventional Filing. Defendants will file such Notice after receiving leave of Court to file certain exhibits conventionally.

Oklahoma City, Oklahoma 73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendants*
*Christian Vanover, Ali Cather and*
*Gemma E. Aguilera Andrade*

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of February, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action:

**Daniel E. Smolen**
**Robert M. Blakemore**
**Bryon D. Helm**
**Smolen & Roytman**
**701 South Cincinnati Avenue**
**Tulsa, OK 74119**
**danielsmolen@ssrok.com**
**bobblakemore@ssrok.com**
**bryonhelm@ssrok.com**
*Attorneys for Plaintiff*

**W.R. Moon Jr.**
**COLLINS ZORN & WAGNER, P.C.**
**429 NE 50th Street, Second Floor**
**Oklahoma City, OK 73105**
**cjc@czwlaw.com**
**wrm@czwlaw.com**
*Attorneys for Defendants City of Stillwater,*
*Bryan Luginbill, Ryan Simpson,*
*and Ryan Sexton*

s/ Jessica L. Dark
Jessica L. Dark

4