# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLAIRE HOSTERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-976-SLP |
| | ) | |
| CITY OF STILLWATER, | ) | |
| OKLAHOMA, | ) | |
| BRYAN LUGINBILL, | ) | |
| CHRISTIAN VANOVER, | ) | |
| RYAN SIMPSON, | ) | |
| ALI CATHER, | ) | |
| GEMMA E. ANDRADE AGUILERA, | ) | |
| RYAN SEXTON, and | ) | |
| ROYCE STEPHENS, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT AND FINAL EXHIBIT LIST OF DEFENDANTS

All Defendants, by and through their undersigned counsel, hereby submit their Joint Final Exhibit List pursuant to the Court's Scheduling Order (Doc. 47) in the above-styled case.

## EXHIBITS

| No. | Exhibit | Bates Label |
|---|---|---|
| 1. | Hosterman Inmate File | DDR 1, 001-020 |
| 2. | Officer Statements | DDR 2, 001-124 |
| 3. | Internal Investigation documents and Reports | DDR 7, 001-159 |
| 4. | Stillwater Police Department Arrestee Medical Questionnaire Form | DDR 29, 001 |
| 5. | 911 call audio | |

| 6. | Stillwater Police Department dispatch audio | |
| 7. | All Stillwater Police Department officer body camera footage. | |
| 8. | All Stillwater Police Department dash camera footage | |
| 9. | All City of Stillwater Jail surveillance camera footage | |
| 10. | Plaintiff's produced photos | PLAINTIFF0004-0007 |
| 11. | Portions of Plaintiff's medical records, including, but not limited to, the following providers:<br><br>• East Dallas Therapy<br>• Stacey Shoemaker<br>• Emily Sandlin | 012574-012601; 16086-16133 |
| 12. | Relevant portions of officer training files and training materials | DDR 15, 001-2283 |
| 13. | Plaintiff's medical bills | |
| 14. | Exhibits to depositions in litigation and not objected to | |
| 15. | Charts, summaries, diagrams, models, exemplars, and other demonstrative aids regarding events subject to this lawsuit | |
| 16. | CVs of relevant medical providers | |
| 17. | CV of Dr. Richard Hough | |
| 18. | Any pleadings filed in this matter not otherwise objected to by these Defendants | |
| 19. | Excerpts of deposition testimony and other testimony given related to the subject incident | |
| 20. | Any other video or audio from the subject incident | |
| 21. | Relevant portions of applicable policies and procedures of City of Stillwater | |
| 22. | Relevant portions of employee files and training materials | |
| 23. | Any and all discovery responses and documents produced by any party not otherwise objected to by this Defendant | |

| 24. | Any and all photographs, recordings, videos, still frames and/or diaries pertaining to Claire Hosterman, the issues in this case, and/or produced or created during discovery not objected to by these Defendants |
| --- | --- |
| 25. | Any additional relevant medical, education, or other records of Claire Hosterman identified during discovery |
| 26. | Enlargements or excerpts of records |
| 27. | Trial exhibits not objected to by these Defendants, i.e., materials created by or during a witness examination at trial |
| 28. | Any and all statements of the witnesses identified in these Defendants' Final Witness List, or any witnesses on the Witness List of any party not objected to by these Defendants |
| 29. | Any and all impeachment or rebuttal exhibits that may be developed or may be necessary to the proper defense of claims against these Defendants |
| 30. | Any and all employment records of Claire Hosterman |
| 31. | Any and all criminal records of Claire Hosterman |
| 32. | Any and all tax records of Claire Hosterman |
| 33. | Any other documents relating to Plaintiff's alleged monetary damages, including medical expenses, tax records, insurance explanations of benefits, or other financial records not objected to by these Defendants |
| 34. | Any exhibit listed by Plaintiff or Co-Defendant, whether offered by Plaintiff or Co-Defendant as an exhibit at the time of trial and not objected to by these Defendants |
| 35. | Defendants reserve the right to list additional exhibits as discovery continues |
| 36. | The listing of a document as an exhibit is not an admission by these Defendants that it is admissible at trial, or in a particular phase of trial, including the liability phase |

Defendants reserve the right to amend this Exhibit List as discovery is still ongoing.

Date: February 24, 2026.

3

Respectfully submitted,

s/ Robert S. Lafferrandre
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
W. Riley Nester, OBA No. 36222
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendants*
*Christian Vanover, Ali Cather and*
*Gemma E. Aguilera Andrade*

-and-

s/ W.R. Moon, Jr.
*(signed with permission)*
W.R. Moon, Jr., OBA No. 32079
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
Telephone:    (405) 524-2070
Facsimile:    (405) 524-2078
wrm@czwlaw.com
**Attorney for Defendants City of**
**Stillwater, Luginbill, Simpson and**
**Sexton**

4

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of February, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com
*Attorneys for Plaintiff*

W.R. Moon Jr.
COLLINS ZORN & WAGNER, P.C.
429 NE 50th Street, Second Floor
Oklahoma City, OK 73105
cjc@czwlaw.com
wrm@czwlaw.com
*Attorneys for Defendants City of Stillwater,*
*Bryan Luginbill, Ryan Simpson,*
*and Ryan Sexton*

s/ Robert S. Lafferrandre
Robert S. Lafferrandre

5