# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CLAIRE HOSTERMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | **Case No. CIV-24-976-SLP** |
| ) | |
| **CITY OF STILLWATER,** ) | |
| **OKLAHOMA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action in her records without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **sixty (60) days** from the date of this Order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 25th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE