**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CLAIRE HOSTERMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-24-976-SLP** |
| | ) | |
| **CITY OF STILLWATER, OKLAHOMA et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On February 24, 2026, a settlement conference was conducted with Plaintiff Claire Hosterman (also appearing Clayton Hosterman) with lead trial counsel Daniel Smolen, and counsel Benjamin Keller and Bryon Helm appearing in person.

Defendants the City of Stillwater, Bryan Luginbill, Ryan Simpson and Ryan Sexton appeared in person with lead trial counsel W.R. Moon, Jr. Also appearing in person as party representatives were Kimberly Carnley, Stillwater City Attorney, William H. Joyce, Stillwater Mayor and Amy Dzialowski, Stillwater City Council. Ambre Gooch and Kevin J. Karz appearing for OMAG.

Defendants Christian Vanover, Ali Cather and Gemma E. Andrade Aguilera appeared in person with lead trial counsel Jessica L. Dark and Ambre Gooch for OMAG.

**The case settled.**

ENTERED on February 26, 2026.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE